IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| VICKI S. CRAVEN, ) | |
| ) | |
| Plaintiff, ) | NO. 2:14-CV-02596 |
| v. ) | |
| ) | JUDGE SHERYL H. LIPMAN |
| COLEMAN AMERICAN MOVING ) | |
| SERVICES, INC. and TERRANCE ) | MAGISTRATE JUDGE CHARMAINE |
| STRICKLAND, ) | G. CLAXTON |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR DISMISSAL

The parties, by and through counsel, hereby announce to this Honorable Court that all matters at issue have been resolved and this case is appropriate for dismissal under Rule 41 of the Federal Rules of Civil Procedure.  As such, the parties hereby request that the Court enter the Agreed Order of Dismissal attached hereto as Exhibit A.


RESPECTFULLY SUBMITTED:


LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.


By:	/s/*Mary Beth White*
	Mary Beth Haltom White, BPR # 024462
	424 Church Street, Suite 2500
	P.O. Box 198615
	Nashville, TN  37219
	Phone: (615) 259-1366
	Fax: (615) 259-1389
	mbwhite@lewisthomason.com

	*Attorneys for Defendants*

NAHON SAHAROVICH & TROTZ, PLC


By:       /s/*Valerie L. Smith*
      Valerie L. Smith, BPR # 21018
      488 South Mendenhall
      Memphis, TN  38117
      Phone:  (901) 259-0413

*Attorneys for Plaintiff*