IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| VICKI S. CRAVEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO. 2:14-CV-02596-SHL-cgc |
| ) | |
| COLEMAN AMERICAN MOVING ) | |
| SERVICES, INC. and TERRANCE ) | |
| STRICKLAND, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL**

Before the Court is the parties' Joint Motion for Dismissal, filed April 24, 2015. (ECF No. 25.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE, with each party to bear its own discretionary costs.

**IT IS SO ORDERED,** this 27th day of April, 2015.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE